Tucker H. Sandler
Attorney At Law
3435 Wilshire Blvd. Suite 2700
Los Angeles, CA 90010
Phone: 213-251-5501
Fax: 213-251-5502
Email: Sandlaws@aol.com
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Victor Manuel Gomez Hernandez, | ) |
| | ) Case No. 5:26-cv-04341-ACCV |
| Petitioner, | ) |
| | ) **[~~PROPOSED~~] ORDER** |
| | ) |
| | ) |
| Christopher Chestnut, Warden, California City Detention Facility; David Marin Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security; and Todd Blanche Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; U.S. DEPARTMENT OF HOMELAND SECURITY; in their official capacities, | ) |
| | ) |
| Respondents. | ) |

WHEREAS, at an August 19, 2026 status conference, the Court directed the Parties to meet and confer regarding how they wished to proceed with respect to the arguments raised in Petitioner's Reply;

WHEREAS, the Parties have met and conferred and have reached agreement on the schedule and procedures set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, subject to the approval of the Court, as follows:

1. Petitioner shall file a Amended Petition for Writ of Habeas Corpus no later than seven (7) days from the date of the Court's Order approving this Stipulation.

2. Following the filing of the Amended Petition, the Parties shall follow a briefing schedule consistent with General Order 26-05, as follows:

    a. Respondents shall file an Answer to the Amended Petition no later than seven (7) days from the date the Amended Petition is filed.

    b. Any argument that the Amended Petition should be dismissed, in whole or in part, shall be raised in Respondents' Answer and shall not be raised by separate motion.

c. Petitioner may file a Reply in support of the Amended Petition no later than three (3) days from the date Respondents' Answer is filed.

3. If any deadline set forth in this Stipulation falls on a Saturday, Sunday, federal holiday, or other day on which the Court is closed, that deadline shall be extended to the next business day on which the Court is open.

4. During the pendency of this action, Respondents shall provide at least two (2) days' advance notice to Petitioner, Petitioner's counsel, and the Court of any intent to remove Petitioner from the Central District of California.

5. If any Party seeks to accelerate or extend the briefing schedule set forth in this Stipulation, the Parties shall promptly meet and confer regarding the proposed change. If the Parties are unable to reach agreement following that meet-and-confer, the Parties shall file a joint statement setting forth their respective competing proposals for a briefing schedule for the Court's consideration.

It is so ORDERED.

DATED this 27th day of August, 2026.

HON. ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Tucker H. Sandler, certify that on August 26, 2026, I electronically filed the foregoing with the Clerk for the United States District Court of Appeals for the Central District by using the appellate CM/ECF system.

s/Tucker H. Sandler
______________________________
Attorney for Petitioner