JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VICTOR MANUEL GOMEZ HERNANDEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents.

Case No. 5:26-cv-04341-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is denied and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's September 22, 2026 Order Denying Petition for Writ of Habeas Corpus.

DATED: September 22, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge